# Exhibit A

**<u>SUPPLEMENTAL DECLARATION OF KEVIN MCCOY</u>**

1. My name is Kevin McCoy. I am over the age of 18, am competent to furnish this declaration, and do so based on my personal knowledge of the statements made herein.

2. I am a partner at KapilaMukamal, LLP ("KM"), which specializes in insolvency, turnaround, forensic and investigative consulting, expert witness, and litigation support services.

3. My areas of expertise include forensic accounting and investigation, financial transactions litigation, complex commercial litigation, and insolvency advising.

4. I have worked with fiduciaries in conjunction with the Federal Bureau of Investigation (FBI), Securities and Exchange Commission (SEC), the Federal Trade Commission (FTC), and the United States Attorney's Office.

5. I am a Certified Public Accountant (CPA), Certified Fraud Examiner (CFE), and a Certified Insolvency and Restructuring Advisor (CIRA), affiliated with the Association of Insolvency and Restructuring Advisors (AIRA). I am also affiliated with the National Association of Federal Equity Receivers (NAFER), Association of Certified Fraud Examiners (ACFE), and the Florida Institute of Certified Public Accountants (FICPA).

6. On April 3, 2024, KM's retention as Forensic Accountants to Michael Goldberg, the Chapter 11 Trustee ("Trustee") for the Center for Special Needs Trust, Inc. (the "Debtor" or "Center") was approved by the Bankruptcy Court, retroactively to March 21, 2024 [DE 138].

7. Since that date, I, along with other members of the KM team, have assisted the Trustee and his counsel with a forensic analysis of the accounting records, financial records, and the bank and brokerage account records for the Debtor and the Special Need Trusts ("Trusts") administered by the Debtor. I have also reviewed the business records of Boston Finance Group, LLC ("BFG").

8.　　I intend for this declaration to supplement or clarify my declaration dated December 6, 2024 ("Initial Declaration").

9.　　We exported and analyzed BFG's general ledger and balance sheets from the Navision and QuickBooks accounting applications that BFG used at certain points in time.[1] From this information, I was able to determine that BFG had a general ledger account titled *Loan Payable* ("Loan Payable") that included transactions for the period 8/31/2010 through 6/8/2023 and was reflected as a liability on BFG's balance sheet.

10.　　As of June 8, 2023, the Loan Payable general ledger account balance was $122,582,771, which was reflected on BFGs balance sheet. A true and correct summary of BFG's annual balance sheets at year-end beginning December 31, 2010 through August 6, 2024, is attached as **Exhibit 1**.

11.　　I also identified and analyzed cash transfers from the Center to BFG related to the Promissory Notes ("Cash Transfers")[2] as described in the Initial Declaration. This required extensive analysis to identify and reconcile the various Cash Transfers from multiple sources.

12.　　The Trustee requested that I calculate the accrued interest payable to determine the outstanding amount in principal and interest due to the Center through December 6, 2024.

**Methodology for Calculating the Outstanding Loan Balance**

13.　　I identified $99,787,239 in Cash Transfers from the Center to BFG ("Drawdowns") and $18,869,432 in transfers from BFG to the Center ("Payments"), as described in detail in the Initial Declaration.

---

[1] BFG's accounting records on Navision were for the period August 2010 through December 2016, at which point BFG's transferred its accounting to QuickBooks for the period January 2017 through May 2024.
[2] The Cash Transfers would include wires, checks or transfers made between the bank and brokerage accounts.

14.     I calculated the outstanding amount in principal and interest due to the Center through December 6, 2024, as detailed in **Exhibit 2** pursuant to the Promissory Notes, summarized as follows:

i.      Determined the interest period (monthly or quarterly) (the "Period").

ii.     Aggregated the Drawdowns and Payments for each Period.

iii.    Calculated the current balance based on the prior total outstanding balance plus the current Period's Drawdowns less the current Period's Payments ("Current Balance").

iv.     Determined the interest rate ("Interest Rate") to be applied.[3]

v.      Calculated the interest for the Period based on the prior Period's Current Balance.[4]

vi.     Applied the Payments first to any accrued interest, and any remaining portion to the principal balance.

vii.    Calculated the total outstanding balance by adding the prior outstanding balance plus any accrued interest and Drawdowns less any Payments applied to principal.

15.     In summary, I applied the $18,869,432 in payments to accrued interest first, and then applied any excess to pay down principal.  For reference, below is a snapshot of the *Application of Payments* from the Promissory Note for $100 million dated January 1, 2012, which application was the same in each of the six Promissory Notes:

---

[3] KM applied the default rate of interest (18%) to the outstanding balance of September 13, 2023 (5 days from the notice sent on 9/8/2023) through December 6, 2024.

[4] This application was a more conservative approach, since the interest was calculated at the end of the prior period even though a loan drawdown may have occurred earlier in the period resulting in additional accrued interest.

**5. APPLICATION OF PAYMENTS.** Each payment hereunder shall be applied first to any past due payments under this Note (including payment of all Costs as herein defined), then to accrued interest, and the balance, if any, shall be applied to the unpaid principal balance of this Note; provided, however, each payment hereunder while an Event of Default under the Loan Agreement has occurred and is continuing shall be applied as the Center in its sole discretion may determine.

16.     As a result of this analysis, I determined that as of December 6, 2024, BFG owes the Center $88,065,957 in principal and $32,258,434 in accrued interest, for a total of $120,324,391 (exclusive of attorneys' fees, costs, and interest that continues to accrue).

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2024

By: _____
    Kevin McCoy, CPA, CFE

# Exhibit 1

**Boston Finance Group Llc Balance Sheets**

# Exhibit 1

| | Navision Dec 31, 10 | Navision Dec 31, 11 | Navision Dec 31, 12 | Navision Dec 31, 13 | Navision Dec 31, 14 | Navision Dec 31, 15 | Navision Dec 31, 16 | Quickbooks Dec 31, 17 | Quickbooks Dec 31, 18 | Quickbooks Dec 31, 19 | Quickbooks Dec 31, 20 | Quickbooks Dec 31, 21 | Quickbooks Dec 31, 22 | Quickbooks Dec 31, 23 | Quickbooks Aug 6, 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | |
| Total Checking/Savings | 514,399 | 173,894 | 7,277,055 | 1,341,166 | 1,920,286 | 5,374,528 | 572,613 | 37,537 | (575,713) | 331,968 | 43,610 | 23,614 | 78,764 | (1,904,515) | (2,837,942) |
| Total Accounts Receivable | 261,354 | (32,419) | (36,255) | (75,571) | (87,324) | - | - | 35 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 |
| Other Current Assets | | | | | | | | | | | | | | | |
| Distribtuion Receivable | - | - | - | - | - | - | - | 5,489 | 5,489 | 5,489 | - | - | - | - | - |
| Total Loans Receivable - Cortland | - | - | - | - | - | - | - | 552,508 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 |
| Total Loans Receivable - Intercompany | (44,379) | 2,148 | (60,114) | (5,733) | - | 7,250 | - | 80,163,804 | 88,240,953 | 94,480,120 | 97,718,850 | 97,533,137 | 98,445,954 | 100,691,856 | 101,575,283 |
| Total Loans Receivable - Legal Depart | - | 76,000 | - | - | - | - | - | 4,403,780 | 4,705,180 | 4,068,009 | 3,879,522 | 3,520,209 | 3,517,777 | 3,557,288 | 3,557,288 |
| Prepaid Expenses | - | 307 | 72,628 | 102,668 | 24,568 | 11,503 | 2,681 | 1,924 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 |
| S/T Loan to NAK | - | - | - | - | - | - | - | 110,000 | 110,000 | 110,000 | - | - | - | - | - |
| Total Other Current Assets | (44,379) | 78,455 | 12,514 | 96,935 | 24,568 | 18,753 | 2,681 | 85,237,505 | 93,565,039 | 99,167,034 | 102,101,788 | 101,556,762 | 102,467,147 | 104,752,560 | 105,635,987 |
| Total Current Assets | 731,374 | 219,930 | 7,253,314 | 1,362,530 | 1,857,530 | 5,393,281 | 575,294 | 85,275,077 | 92,990,517 | 99,500,193 | 102,146,588 | 101,581,567 | 102,547,101 | 102,849,236 | 102,799,236 |
| Total Fixed Assets | 2,215 | 24,743 | 13,846 | 6,357 | 12,785 | 11,142 | 9,567 | 77,859 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 |
| Other Assets | | | | | | | | | | | | | | | |
| Due from BFG Investment Holding | | | | | | | | | | | | | | | |
| Due from BFGIH - Income Trsfr | - | - | - | - | - | (3,737,649) | (4,564,339) | (5,877,537) | (6,720,101) | (7,642,407) | (8,350,407) | (8,364,207) | (8,386,478) | (8,386,478) | (8,386,478) |
| Due from BFGIH - Loan Portfolio | - | - | - | - | - | 14,231,288 | 13,582,500 | 8,511,138 | 8,351,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 |
| Total Due from BFG Investment Holding | - | - | - | - | - | 10,493,639 | 9,018,161 | 2,633,601 | 1,631,371 | 669,065 | (38,935) | (52,735) | (75,006) | (75,006) | (75,006) |
| Total Investments - Equity | - | (89,882) | 302,096 | 597,009 | 959,055 | (4,480,415) | (5,161,646) | (7,463,990) | (7,796,102) | (8,119,777) | (8,112,890) | (8,213,940) | (8,213,940) | (8,233,642) | (8,233,642) |
| PBL - Plantif Bridge Loans | 453,134 | 463,559 | 497,317 | 732,636 | 711,239 | 376,440 | 363,440 | 363,440 | 363,440 | 363,440 | 382,492 | 386,958 | 386,958 | 386,958 | 386,958 |
| Loan Receivable - Law Firm | 395,000 | 1,824,739 | 1,058,623 | 1,136,295 | 360,000 | 2,302,614 | 2,280,114 | - | - | - | - | - | - | - | - |
| Loan Receivable – Operating | - | - | 153,963 | 152,000 | 152,000 | - | - | - | - | - | - | - | - | - | - |
| Loan Receivable - Other | 27,507,603 | 45,324,833 | 55,691,911 | 63,861,335 | 58,139,375 | 73,026,282 | 74,473,233 | - | - | - | - | - | - | - | - |
| Due From Members | - | - | - | - | 6,541 | - | - | - | - | - | - | - | - | - | - |
| Security Deposits | - | - | - | (10,000) | 1,300 | - | - | - | - | - | - | - | - | - | - |
| Loan Receivable - Participant's Ownership | - | - | - | - | - | (100,000) | - | - | - | - | - | - | - | - | - |
| Investments - Receivable | - | - | - | - | - | - | 1,957 | - | - | - | - | - | - | - | - |
| Investments - Cortland | - | - | - | - | 17,505,820 | 573,167 | 655,031 | - | - | - | - | - | - | - | - |
| Other Investments | - | - | 190,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Other Assets | 28,355,737 | 47,523,249 | 57,893,910 | 66,469,275 | 77,835,330 | 82,191,727 | 81,630,290 | (4,466,948) | (5,801,291) | (7,087,272) | (7,769,333) | (7,879,718) | (7,901,989) | (7,921,691) | (7,921,691) |
| **TOTAL ASSETS** | 29,089,326 | 47,767,922 | 65,161,070 | 67,838,162 | 79,705,645 | 87,596,150 | 82,215,151 | 80,885,988 | 87,249,140 | 92,472,835 | 94,437,169 | 93,761,763 | 94,705,026 | 94,987,459 | 94,937,459 |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | | | |
| Total Accounts Payable | 6,272 | 30,536 | 214,397 | 1,513 | 86,969 | 54,830 | 39,832 | 17,357 | 365,837 | 366,916 | 366,916 | 366,916 | 305,815 | 305,815 | 305,815 |
| Total Credit Cards | 1,189 | - | - | - | - | - | - | 4,692 | (15,869) | (43,742) | 14,622 | 25,924 | 64,605 | 64,605 | 64,605 |
| Accrued Liabilities | - | 54,032 | 22,547 | 19,954 | 164,306 | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest Expense | 133,977 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Liabilities | 57,880 | - | 261 | - | 4,921 | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | 86,875 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | 199,318 | 84,568 | 324,080 | 21,467 | 256,196 | 54,830 | 39,832 | 22,048 | 349,968 | 323,174 | 381,538 | 392,840 | 370,420 | 370,420 | 370,420 |
| Long Term Liabilities | | | | | | | | | | | | | | | |
| Loan Payable - Automobile | - | - | - | - | - | - | - | 36,429 | 30,829 | 22,539 | 14,242 | 5,944 | (248) | (248) | (248) |
| Loan Payable (Long Term) | 27,459,630 | 45,289,614 | 65,407,531 | 71,166,491 | 85,833,177 | 99,062,724 | 106,146,127 | 110,913,642 | 116,360,760 | 120,948,760 | 123,246,760 | 122,400,301 | 122,582,481 | 122,582,771 | 122,582,771 |
| Total Loan Payable ? Operating | - | - | - | - | (1,078,144) | 600,000 | 705,000 | 155,000 | 105,000 | 561,000 | 643,000 | 526,359 | 385,453 | 385,453 | 385,453 |
| Loan Payable to BCLPF - Sec Dep | - | - | - | - | - | 103,424 | 99,755 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 |
| PPP Loan Payable | - | - | - | - | - | - | - | - | - | - | 99,162 | 99,162 | 99,162 | 99,162 | 99,162 |
| Total Long Term Liabilities | 27,459,630 | 45,289,614 | 65,407,531 | 71,166,491 | 84,755,033 | 99,766,148 | 106,950,882 | 111,133,176 | 116,524,693 | 121,560,404 | 124,031,268 | 123,059,871 | 123,094,953 | 123,095,243 | 123,095,243 |
| Total Liabilities | 27,658,948 | 45,374,182 | 65,731,611 | 71,187,958 | 85,011,229 | 99,820,978 | 106,990,714 | 111,155,224 | 116,874,660 | 121,883,578 | 124,412,806 | 123,452,711 | 123,465,373 | 123,465,663 | 123,465,663 |
| Equity | | | | | | | | | | | | | | | |
| Capital Contributions-Partner | 1,000 | 1,000 | 1,000 | 21,000 | 21,000 | 59,153 | 2,060,351 | 2,255,144 | 2,722,601 | 2,893,345 | 3,439,363 | 4,424,951 | 5,421,756 | 5,549,381 | 5,549,381 |
| Members Draw | (667,212) | (463,230) | (38,000) | (38,000) | (138,625) | (2,041,873) | (5,697,029) | (5,722,649) | (5,756,668) | (5,968,486) | (6,626,388) | (6,915,829) | (6,927,979) | (6,956,179) | (6,956,179) |
| Retained Earnings | 35,073 | 1,030,898 | 2,392,739 | (553,542) | (3,482,797) | (7,883,276) | (12,336,446) | (21,138,884) | (26,801,732) | (26,591,454) | (26,335,601) | (26,788,612) | (27,200,069) | (27,254,124) | (27,071,407) |
| Net Income | 1,671,009 | 1,907,995 | (2,975,031) | (2,819,869) | (1,756,417) | (2,312,170) | (8,802,438) | (5,662,848) | 210,278 | 255,853 | (453,011) | (411,458) | (54,055) | 182,718 | (50,000) |
| Total Equity | 1,039,870 | 2,476,663 | (619,292) | (3,390,411) | (5,356,839) | (12,178,166) | (24,775,562) | (30,269,236) | (29,625,520) | (29,410,743) | (29,975,637) | (29,690,948) | (28,760,347) | (28,478,205) | (28,528,205) |
| **TOTAL LIABILITIES & EQUITY** | 28,698,818 | 47,850,845 | 65,112,319 | 67,797,547 | 79,654,390 | 87,642,812 | 82,215,152 | 80,885,988 | 87,249,140 | 92,472,835 | 94,437,169 | 93,761,763 | 94,705,026 | 94,987,459 | 94,937,459 |

# Exhibit 2

# Exhibit 2

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**
**CASE NO. 8:24-bk-00676-RCT**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Boston Finance Group, LLC**
**Loan Calculation as of December 6, 2024**

**Source:** Promissory notes and bank records for Boston Finance Group and Center for Special Needs Trust, BFG and CSNT Navision, and BFG QuickBooks

| Control | Interest Period | Start | End | Increase in Principal (Loan Drawdown) | Payments | Current Balance (before current period interest is calcuated) | Prime / Treasury Rates | Additional Rate | Annual Interest | Interest for Period | Accrued Interest Balance | Credits After Payments Applied Toward Accrued Interest Balance | Principal Balance Less Credits (if applicable) | Total Outstanding Balance (Principal + Interest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Quarterly | 06/01/09 | 09/30/09 | $ - | $ - | $ - | 3.25% | 2.50% | 5.75% | $ - | $ - | $ - | $ - | $ - |
| 2 | Quarterly | 10/01/09 | 11/30/09 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 3 | Monthly | 12/01/09 | 12/31/09 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 4 | Monthly | 01/01/10 | 01/31/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 5 | Monthly | 02/01/10 | 02/28/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 6 | Monthly | 03/01/10 | 03/14/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 7 | Monthly | 03/15/10 | 03/31/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 8 | Monthly | 04/01/10 | 04/30/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 9 | Monthly | 05/01/10 | 05/31/10 | 766,811.04 | - | 766,811.04 | 3.25% | 2.50% | 5.75% | - | - | - | 766,811.04 | 766,811.04 |
| 10 | Monthly | 06/01/10 | 06/30/10 | 140,000.00 | (76,247.33) | 830,563.71 | 3.25% | 2.50% | 5.75% | 3,674.30 | - | (72,573.03) | 834,238.01 | 834,238.01 |
| 11 | Monthly | 07/01/10 | 07/31/10 | 258,975.00 | (1,195,000.00) | - | 3.25% | 2.50% | 5.75% | 3,979.78 | - | (1,191,020.22) | (97,807.20) | (97,807.20) |
| 12 | Monthly | 08/01/10 | 08/31/10 | 329,022.83 | - | 231,215.63 | 3.25% | 2.50% | 5.75% | - | - | - | 231,215.63 | 231,215.63 |
| 13 | Monthly | 09/01/10 | 09/30/10 | 1,743,000.00 | (130,000.00) | 1,844,215.63 | 3.25% | 2.50% | 5.75% | 1,107.91 | - | (128,892.09) | 1,845,323.54 | 1,845,323.54 |
| 14 | Monthly | 10/01/10 | 10/31/10 | 2,411,206.33 | (1,600,000.00) | 2,656,529.87 | 3.25% | 2.50% | 5.75% | 8,836.87 | - | (1,591,163.13) | 2,665,366.73 | 2,665,366.73 |
| 15 | Monthly | 11/01/10 | 11/30/10 | 3,207,433.35 | (1,915,390.16) | 3,957,409.92 | 3.25% | 2.50% | 5.75% | 12,729.21 | - | (1,902,660.95) | 3,970,139.13 | 3,970,139.13 |
| 16 | Monthly | 12/01/10 | 12/31/10 | 457,700.00 | (20,000.00) | 4,407,839.13 | 3.25% | 2.50% | 5.75% | 18,962.59 | - | (1,037.41) | 4,426,801.72 | 4,426,801.72 |
| 17 | Monthly | 01/01/11 | 01/31/11 | 468,790.00 | (30,000.00) | 4,865,591.72 | 3.25% | 2.50% | 5.75% | 21,120.90 | - | (8,879.10) | 4,886,712.61 | 4,886,712.61 |
| 18 | Monthly | 02/01/11 | 02/28/11 | 485,000.00 | (25,000.00) | 5,346,712.61 | 3.25% | 2.50% | 5.75% | 23,314.29 | - | (1,685.71) | 5,370,026.91 | 5,370,026.91 |
| 19 | Monthly | 03/01/11 | 03/14/11 | - | - | 5,370,026.91 | 3.25% | 2.50% | 5.75% | 11,570.17 | 11,570.17 | - | 5,370,026.91 | 5,381,597.08 |
| 20 | Monthly | 03/15/11 | 03/31/11 | 57,000.00 | (30,000.00) | 5,408,597.08 | 3.25% | 2.50% | 5.75% | 14,110.76 | - | (4,319.07) | 5,422,707.83 | 5,422,707.83 |
| 21 | Monthly | 04/01/11 | 04/30/11 | 646,000.00 | (124,000.00) | 5,944,707.83 | 3.25% | 2.50% | 5.75% | 25,916.19 | - | (98,083.81) | 5,970,624.03 | 5,970,624.03 |
| 22 | Monthly | 05/01/11 | 05/31/11 | 1,075,000.00 | (521,509.71) | 6,524,114.32 | 3.25% | 2.50% | 5.75% | 28,485.06 | - | (493,024.65) | 6,552,599.38 | 6,552,599.38 |
| 23 | Monthly | 06/01/11 | 06/30/11 | 7,028,500.00 | (153,427.43) | 13,427,671.95 | 3.25% | 2.50% | 5.75% | 31,261.38 | - | (122,166.05) | 13,458,933.33 | 13,458,933.33 |
| 24 | Monthly | 07/01/11 | 07/31/11 | 2,456,600.00 | (553,428.06) | 15,362,105.27 | 3.25% | 2.50% | 5.75% | 64,340.93 | - | (489,087.13) | 15,426,446.20 | 15,426,446.20 |
| 25 | Monthly | 08/01/11 | 08/31/11 | 1,820,008.73 | (252,448.85) | 16,994,006.08 | 3.25% | 2.50% | 5.75% | 73,610.09 | - | (178,838.76) | 17,067,616.16 | 17,067,616.16 |
| 26 | Monthly | 09/01/11 | 09/30/11 | 666,500.00 | (366,295.51) | 17,367,820.65 | 0.90% | 3.35% | 4.25% | 60,193.85 | - | (306,101.66) | 17,428,014.50 | 17,428,014.50 |
| 27 | Monthly | 10/01/11 | 10/31/11 | 1,171,000.00 | (165,846.91) | 18,433,167.59 | 1.06% | 3.35% | 4.41% | 63,848.45 | - | (101,998.46) | 18,497,016.04 | 18,497,016.04 |
| 28 | Monthly | 11/01/11 | 11/30/11 | 1,065,000.00 | (169,818.68) | 19,392,197.36 | 0.91% | 3.35% | 4.26% | 65,407.02 | - | (104,411.66) | 19,457,604.39 | 19,457,604.39 |
| 29 | Monthly | 12/01/11 | 12/31/11 | 560,500.00 | (496,249.11) | 19,521,855.28 | 0.89% | 3.35% | 4.24% | 68,542.18 | - | (427,706.93) | 19,590,397.46 | 19,590,397.46 |
| 30 | Quarterly | 01/01/12 | 02/29/12 | 2,040,800.00 | (464,491.63) | 21,166,705.83 | 0.00% | 2.00% | 2.00% | 65,072.85 | - | (399,418.78) | 21,231,778.68 | 21,231,778.68 |
| 31 | Quarterly | 03/01/12 | 05/31/12 | 3,552,500.00 | (1,507,189.52) | 23,277,089.16 | 0.00% | 2.00% | 2.00% | 105,833.53 | - | (1,401,355.99) | 23,382,922.69 | 23,382,922.69 |
| 32 | Quarterly | 06/01/12 | 08/31/12 | 7,728,604.76 | (458,492.86) | 30,653,034.59 | 0.00% | 2.00% | 2.00% | 116,385.45 | - | (342,107.41) | 30,769,420.03 | 30,769,420.03 |
| 33 | Quarterly | 09/01/12 | 11/30/12 | 8,435,254.85 | (417,335.31) | 38,787,339.57 | 0.00% | 2.00% | 2.00% | 153,265.17 | - | (264,070.14) | 38,940,604.75 | 38,940,604.75 |
| 34 | Quarterly | 12/01/12 | 02/28/13 | 513,666.00 | (1,864,388.00) | 37,589,882.75 | 0.00% | 2.00% | 2.00% | 193,936.70 | - | (1,670,451.30) | 37,783,819.45 | 37,783,819.45 |
| 35 | Quarterly | 03/01/13 | 05/31/13 | 1,000,000.00 | (475,725.79) | 38,308,093.66 | 0.00% | 2.00% | 2.00% | 187,949.41 | - | (287,776.38) | 38,496,043.07 | 38,496,043.07 |
| 36 | Quarterly | 06/01/13 | 08/31/13 | 580,000.00 | (323,992.75) | 38,752,050.32 | 0.00% | 2.00% | 2.00% | 191,540.47 | - | (132,452.28) | 38,943,590.79 | 38,943,590.79 |
| 37 | Quarterly | 09/01/13 | 11/30/13 | 3,535,270.08 | (98,668.00) | 42,380,192.87 | 0.00% | 2.00% | 2.00% | 193,760.25 | 95,092.25 | - | 42,478,860.87 | 42,573,953.12 |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors