# Exhibit B

# TRUSTEE TRUST ACCOUNTING

## EXHIBIT A

**IN RE: Trust Account of:**

G████ W████          **Acct No.**    ████1217

### ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**    September 01, 2021

**THROUGH:**    August 31, 2022

    The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand.  It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

    It is important that this accounting be carefully examined.  Requests for additional information and any questions should be addressed to the trustee and/or attorney for the trustee if the trustee is represented by legal counsel, the appropriate names and addresses of whom are set forth below.  As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. If you have questions, please consult your attorney.

    Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the G████ W████ Special Needs Trust from September  1, 2021, through August 31, 2022.

Executed this ____3____ day of ____October_____, 20 _22_

The Center for Special Needs Trust Administration, Inc
Trustee

By: _____
John L Witeck, Report Coordinator

Fiduciary Tax & Accounting Services LLC
737 Main St.
Safety Harbor, FL 34695

# TRUSTEE TRUST ACCOUNTING

**IN RE: Trust Account of:**

G▮▮▮ W▮▮▮                                    **Acct No.**   ▮▮▮1217

## ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**   September 01, 2021

**THROUGH:**   August 31, 2022

## SUMMARY

**I.  Starting Balance**   Assets on Hand at Close of
Last Accounting Period                                    $              282,753.47

**II. Receipts**
**Schedule A:**        Income        $              0.00

Principal     $              0.00

Total Receipts:        $              0.00

Subtotal               $       282,753.47

**III. Disbursements**
**Schedule B:**        Income        $              0.00

Principal     $         11,997.78

Total Disbursements:   $         11,997.78

Subtotal               $       270,755.69

**IV. Distributions**
**Schedule C:**        Income        $              0.00

Principal     $              0.00

Total Distributions:   $              0.00

Subtotal               $       270,755.69

**V.  Capital Transactions and Adjustments**
**Schedule D:**            **Account Change**                 $         -12,262.39

**VI. Assets on Hand at Close of Accounting Period**
**Schedule E:**            **Cash and Other  Assets**         $       258,493.30



**Trust Account:  G⬛⬛⬛  W⬛⬛⬛**

# Schedule A:  Receipts During Period

**9/1/2021 - 8/31/2022**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 08/31/2022 | No Transactions | | 0.00 |

|  |  | **TOTAL:** | **0.00** |



**THE CENTER**
FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.

**Trust Account:  G█████ W███**

# Schedule B:  Disbursements During Period

### 9/1/2021 - 8/31/2022

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 09/07/2021 | The Center for SNT Administration | Trustee Fee | -5,655.07 |
| 10/01/2021 | Investment Services | Investment Services | -396.46 |
| 10/15/2021 | Fidelity Investments | Custodial Fee | -17.50 |
| 11/30/2021 | Farmers Mutual Hail Insurance Company of Iowa | Insurance-Auto | -1,253.00 |
| 12/20/2021 | Bradshaw Fowler Proctor & Fairgrave, PC | Attorney Fee | -1,191.50 |
| 01/03/2022 | Investment Services | Investment Services | -416.81 |
| 01/18/2022 | Fidelity Investments | Custodial Fee | -17.50 |
| 04/01/2022 | Investment Services | Investment Services | -392.00 |
| 04/18/2022 | Fidelity Investments | Custodial Fee | -17.50 |
| 05/13/2022 | Farmers Mutual Hail Insurance Company of Iowa | Insurance-Auto | -1,302.00 |
| 07/01/2022 | Investment Services | Investment Services | -345.94 |
| 07/15/2022 | Fidelity Investments | Custodial Fee | -17.50 |
| 07/15/2022 | Fiduciary Tax & Accounting Services, LLC | Tax Preparation Fee | -875.00 |
| 08/31/2022 | Fiduciary Tax & Accounting Services, LLC | 1099 Filing Fee | -100.00 |
| | | **TOTAL:** | **-11,997.78** |



**Trust Account:  G███ W███**

# Schedule C:  Distributions During Period

**9/1/2021 - 8/31/2022**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 08/31/2022 | No Transactions | | 0.00 |
| | | **TOTAL:** | **0.00** |



**Trust Account:  G███  W███**

# Schedule D:  Capital Transactions and Adjustments During Period

**9/1/2021 - 8/31/2022**

| | Name | Account | Amount |
|---|---|---|---|
| 08/31/2022 | Account Change | Gain / (Loss) | -12,262.39 |
| | | **TOTAL:** | **-12,262.39** |



**Trust Account:  G███  W███**

# Schedule E:  Assets on Hand
# at Close of Accounting Period

**As of 8/31/2022**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| | | Disbursement Account | 851.04 |
| | | Investment Account | 257,642.26 |
| | | **TOTAL:** | **258,493.30** |

# THE CENTER
#### FOR SPECIAL NEEDS
#### TRUST ADMINISTRATION, INC.

**Worksheet**

**4912 Creekside Drive**
**Clearwater, FL 33760**
**Phone (727) 894-4489    Fax: (727) 894-4036**

**EXHIBIT B**

**August 31, 2021**

1217

**Account Statement Submitted To:**

**The G█████ W████ Special Needs Trust**

c/o The Center for Special Needs Trust Administration, Inc.
**4912 Creekside Drive**
**Clearwater, FL 33760**

| | |
|---|---|
| Total Valuation: | $ 282,753.47 |
| Rate | 2.0% |
| | |
| Annual Fee (2.0%): | $ 5,655.07 |
| | 0.00 |
| | |
| **Annual Trustee Fee** | **$ 5,655.07** |
| | |
| **BALANCE DUE** | **$ 5,655.07** |