# Exhibit C

# American Momentum
### Distribution Account

The Center for Special Needs Trust Administration, Inc.
4912 Creekside Drive
Clearwater, FL 33760



## Account Statement

Account Number:  AM123699

October 17, 2015 to October 16, 2016

**Account Holder:**

| Date | Description | Check/ Receipt | Transaction Amount | Balance |
|---|---|---|---|---|
| | | | **Beginning Balance:** | **$2,258.36** |
| 10/19/2015 | ███████ | 205783 | -1,635.57 | 622.79 |
| 10/20/2015 | The Center for SNT Administration | 1001 | -85.67 | 537.12 |
| 10/30/2015 | Dept of Veterans Affairs | 12625 | 1,788.00 | 2,325.12 |
| 10/30/2015 | Interest | 314426 | 16.26 | 2,341.38 |
| 11/19/2015 | ███████ | 208845 | -1,635.57 | 705.81 |
| 11/19/2015 | Investment Account | 606041 | -600.00 | 105.81 |
| 12/01/2015 | Dept of Veterans Affairs | 13208 | 1,788.00 | 1,893.81 |
| 12/02/2015 | Investment Account | 1317681 | 250.00 | 2,143.81 |
| 12/02/2015 | ███████ | 209954 | -326.79 | 1,817.02 |
| 12/18/2015 | Investment Account | 1318152 | 200.00 | 2,017.02 |
| 12/18/2015 | ███████ | 211591 | -1,962.36 | 54.66 |
| 12/31/2015 | Dept of Veterans Affairs | 111815 | 1,788.00 | 1,842.66 |
| 01/19/2016 | Investment Account | 1319187 | 2,000.00 | 3,842.66 |
| 01/19/2016 | ███████ | 214557 | -1,962.36 | 1,880.30 |
| 01/25/2016 | Investment Account | 1319302 | 9,450.00 | 11,330.30 |
| 01/25/2016 | ███████ | 214957 | -10,400.00 | 930.30 |
| 01/25/2016 | The Center for SNT Administration | 1002 | -20.00 | 910.30 |
| 01/29/2016 | Interest | 314431 | 14.58 | 924.88 |
| 02/01/2016 | Dept of Veterans Affairs | 112024 | 1,788.00 | 2,712.88 |
| 03/31/2016 | Investment Account | 606050 | -1,000.00 | 1,712.88 |
| 04/29/2016 | Interest | 314434 | 9.49 | 1,722.37 |
| 07/07/2016 | Investment Account | 606101 | 1,000.00 | 2,722.37 |
| 07/07/2016 | ███████ | 231255 | -1,962.36 | 760.01 |
| 07/29/2016 | Interest | 314434 | 1.24 | 761.25 |
| 08/15/2016 | SunTrust | 15045 | 174.36 | 935.61 |
| 08/15/2016 | SunTrust | 15046 | 1,788.00 | 2,723.61 |
| 10/04/2016 | Fiduciary Tax Services LLC | 1003 | -200.00 | 2,523.61 |
| 10/10/2016 | The Center for SNT Administration | 1004 | -54.47 | 2,469.14 |
| | | | **Ending Balance:** | **$2,469.14** |

OMB APPROVED NO. 2900-0017
RESPONDENT BURDEN: 3 Minutes

**VA** **Department of Veterans Affairs**

## CERTIFICATE OF BALANCE ON DEPOSIT AND AUTHORIZATION TO DISCLOSE FINANCIAL RECORDS
(Pursuant to Title 38, U.S.C., Chapter 55 and Title 12, U.S.C., Chapter 35)

NOTE: PLEASE READ THE INSTRUCTIONS ON THE REVERSE BEFORE COMPLETING THE FORM.

### I. CERTIFICATE - TO BE COMPLETED BY THE FINANCIAL INSTITUTION ONLY

PRIVACY ACT INFORMATION: VA will not disclose information collected on this form to any source other than what has been authorized by the Privacy Act of 1974 or Title 5 Code of Federal Regulations 1.526 for routine uses (i.e. request from Congressman on behalf of a beneficiary) as identified in the VA system of records, 37VA27, VA Supervised Fiduciary/Beneficiary Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. The information will be used by VA field examiners to determine whether an individual fiduciary is properly using and maintaining an accounting of the VA beneficiary's compensation or pension payments. Failure to furnish the requested information may result in the suspension of payments and/or appointment of a successor fiduciary.

RESPONDENT BURDEN: We need this information to ensure proper administration of the beneficiary's estate. Title 38, United States Code, Chapter 55 allows us to ask for this information. We estimate that you will need an average of 3 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at: www.whitehouse.gov/omb/library/OMBINV.VA.EPA.html#VA. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

(SEAL OR STAMP OF FINANCIAL INSTITUTION)

American Momentum Bank
4830 W. Kennedy Blvd Ste 200
Tampa, FL 33609

| 1. NAME OF FIDUCIARY (First, middle, last) | 2. NAME OF BENEFICIARY (First, middle, last) | 3. VA FILE NUMBER |
|---|---|---|
| ▉ | ▉ | C- 10692561 |

| 4A. NAME OF FINANCIAL INSTITUTION | 4B. ADDRESS OF FINANCIAL INSTITUTION |
|---|---|
| American Momentum Bank | 4830 W. Kennedy Blvd., Suite 200 Tampa FL 33609 |

| 4C. NAME AND TELEPHONE NUMBER OF FINANCIAL INSTITUTION CONTACT PERSON (Include Area Code) | 5. DATA IN ITEM 6 WAS ACCURATE AS OF (Mo., day, yr.) |
|---|---|
| Sherry Lilly (813) 549-4723 | 10/16/2016 |

### 6. ACCOUNT INFORMATION

| TYPE OF ACCOUNT (A) | ACCOUNT NUMBER (State "None" if appropriate) (B) | DEPOSITOR ACCOUNT TITLE (C) | BALANCE (Include interest earned) (D) | INTEREST EARNED/PAID SINCE AMOUNT (E) | INTEREST EARNED/PAID SINCE DATE (F) | CURRENT INTEREST RATE (G) |
|---|---|---|---|---|---|---|
| DDA | 7061714 | The Center for Special Needs Depository Account | 2,469.14 | 41.57 | 10/16/2016 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I CERTIFY THAT the foregoing amount(s) were on deposit to the credit of the above named fiduciary as shown by the record(s) of this financial institution.

| 7A. SIGNATURE OF CERTIFYING FINANCIAL INSTITUTION OFFICIAL | 7B. TITLE OF CERTIFYING OFFICIAL | 7C. DATE SIGNED |
|---|---|---|
| *Sherry Lilly* | AVP-Treasury Officer | 1-12-17 |

### II. AUTHORIZATION - TO BE COMPLETED BY THE FIDUCIARY ONLY

I hereby authorize the financial institution named above to verify the above Certificate information to VA, and/or to provide copies of any of the financial records described above to VA.

8. I UNDERSTAND THAT:

a. This authorization is not required as a condition of doing business with any financial institution.

b. I have the right to obtain a copy of the record kept by the financial institution when financial records are disclosed as a result of this authorization. VA has the right to request a court order to delay my receipt of a copy of the record.

c. VA is seeking disclosure of this information under the authority of Title 38 U.S.C. 5502(b) and will use the information in conducting an audit of estates maintained on behalf of VA beneficiaries.

d. Transfer of records to other agencies of the federal government may only be made in accordance with the provisions of title 12 U.S.C. 3412.

e. I have the right to withhold my consent to this disclosure.

f. I have the right to seek damages, attorneys' fees, and costs for any violation of the right to financial privacy act by either VA or the financial institution.

| 9A. SIGNATURE OF FIDUCIARY | 9B. DATE SIGNED |
|---|---|
| | |

VA FORM FEB 2009 **21-4718a** | SUPERSEDES VA FORM 21-4718a, MAR 2006, WHICH WILL NOT BE USED. | *Continued on Reverse*

# THE FLORIDA POOLED TRUST

**IN RE: Trust Account of:**

_____          **Acct No.**      12-3699_____

### ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**      October 17, 2015_____

**THROUGH:**      October 16, 2016_____

The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand.  It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

It is important that this accounting be carefully examined.  Requests for additional information and any questions should be addressed to the trustee and/or attorney for the trustee if the trustee is represented by legal counsel, the appropriate names and addresses of whom are set forth below.  As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. If you have questions, please consult your attorney.

Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the ███████████████████████ t from October 17, 2015, through October 16, 2016.

Executed this _____ day of _____, 20 ____

The Center for Special Needs Trust Administration, Inc.
Trustee

By: _____
John L Witeck, Report Coordinator

4912 Creekside Drive
Clearwater, FL 33760

# THE FLORIDA POOLED TRUST

**IN RE: Trust Account of:**

▮▮▮▮▮▮▮▮▮_____          **Acct No.**   12-3699 _____

## ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**   October 17, 2015 _____

**THROUGH:**   October 16, 2016 _____

## SUMMARY

**I.  Starting Balance**   Assets on Hand at Close of
Last Accounting Period                                                          $                13,558.36

**II.  Receipts**
**Schedule A:**          Income          $                0.00

Principal       $            9,114.36

Total Receipts:                                 $                 9,114.36

Subtotal                                        $                22,672.72

**III.  Disbursements**
**Schedule B:**          Income          $                0.00

Principal       $           20,245.15

Total Disbursements:                            $                20,245.15

Subtotal                                        $                 2,427.57

**IV.  Distributions**
**Schedule C:**          Income          $                0.00

Principal       $                0.00

Total Distributions:                            $                     0.00

Subtotal                                        $                 2,427.57

**V.  Capital Transactions and Adjustments**
**Schedule D:**          Account Change                          $                    41.57

**VI.  Assets on Hand at Close of Accounting Period**
**Schedule E:**          Cash and Other  Assets                  $                 2,469.14



**Trust Account:** ███████████

# Schedule A:  Receipts During Period

**10/17/2015 - 10/16/2016**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 10/30/2015 | Dept of Veterans Affairs | Periodic Payment | 1,788.00 |
| 12/01/2015 | Dept of Veterans Affairs | Periodic Payment | 1,788.00 |
| 12/31/2015 | Dept of Veterans Affairs | Periodic Payment | 1,788.00 |
| 02/01/2016 | Dept of Veterans Affairs | Periodic Payment | 1,788.00 |
| 08/15/2016 | SunTrust | Refund | 174.36 |
| 08/15/2016 | SunTrust | Refund | 1,788.00 |
| | | **TOTAL:** | **9,114.36** |



**Trust Account:** ███████████████

# Schedule B: Disbursements During Period

**10/17/2015 - 10/16/2016**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 10/19/2015 | ███████████████ | Facility Payment | -1,635.57 |
| 10/20/2015 | The Center for SNT Administration | Trustee Fee | -85.67 |
| 11/19/2015 | ███████████████ | Facility Payment | -1,635.57 |
| 12/02/2015 | ███████████████ | Facility Payment | -326.79 |
| 12/18/2015 | ███████████████ | Facility Payment | -1,962.36 |
| 01/19/2016 | ███████████████ | Facility Payment | -1,962.36 |
| 01/25/2016 | ███████████████ | Care Provider | -10,400.00 |
| 01/25/2016 | The Center for SNT Administration | Overnight Fee | -20.00 |
| 07/07/2016 | ███████████████ | Facility Payment | -1,962.36 |
| 10/04/2016 | Fiduciary Tax Services LLC | Tax Analysis Fee | -200.00 |
| 10/10/2016 | The Center for SNT Administration | Trustee Fee | -54.47 |
| | | **TOTAL:** | **-20,245.15** |



**Trust Account:** ▮▮▮▮▮▮▮▮▮▮

# Schedule C:  Distributions During Period

**10/17/2015 - 10/16/2016**

| Date | Name | Account | Amount |
|------|------|---------|-------:|
| 10/16/2016 | No Transactions | | 0.00 |
| | | **TOTAL:** | **0.00** |



**Trust Account:** <span style="background:black">████████</span>

# Schedule D:  Capital Transactions and Adjustments During Period

**10/17/2015 - 10/16/2016**

| Name | | Account | Amount |
|---|---|---|---|
| 10/16/2016 | Account Change | Gain / (Loss) | 41.57 |
| | | **TOTAL:** | **41.57** |



**Trust Account:** ▮▮▮▮▮▮▮▮

# Schedule E:  Assets on Hand
# at Close of Accounting Period

**As of 10/16/2016**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| | | Disbursement Account | 2,469.14 |
| | | Investment Account | 0.00 |
| | | **TOTAL:** | **2,469.14** |

REVIEWED
By John Burns at 10:27 am, Dec 27, 2016

# THE FLORIDA POOLED TRUST

IN RE: Trust Account of:

_____   Acct. No. _____ 12-3699___

### ACCOUNTING OF TRUSTEE

FOR THE PERIOD COMMENCING:    October 17, 2015 ____

THROUGH:    October 16, 2016 ____

The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand. It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

It is important that this accounting be carefully examined.  Requests for additional information and any questions should be addressed to the trustee and/or attorney for the trustee if the trustee is represented by legal counsel, the appropriate names and addresses of whom are set forth below.  As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. If you have questions, please consult your attorney.

Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the ███████████████████████ from October 17, 2015, through October 16, 2016.

Executed this _____ day of _____, 20 ____

The Center for Special Needs Trust Administration, Inc.
Trustee

By: _____
John L Witeck, Report Coordinator

4912 Creekside Drive
Clearwater, FL 33760

APPROVED
By ethor at 3:34 pm, Jan 30, 2017



# THE FLORIDA POOLED TRUST

**IN RE: Trust Account of:**

**Acct No.** 12-3699

## ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:** October 17, 2015

**THROUGH:** October 16, 2016

## SUMMARY



**I. Starting Balance**   Assets on Hand at Close of Last Accounting Period   $   13,558.36

**II. Receipts**
**Schedule A:**

| | | |
|---|---|---|
| Income | $ | .00 |
| Principal | $ | 9,114.36 |
| Total Receipts: | $ | 9,114.36 |
| Subtotal | $ | 22,67_.72 |

**III. Disbursements**
**Schedule B:**

| | | |
|---|---|---|
| Income | $ | .00 |
| Principal | $ | 20,245.15 |
| Total Disbursements: | $ | 20,245.15 |
| Subtotal | $ | 2,4__.57 |

**IV. Distributions**
**Schedule C:**

| | | |
|---|---|---|
| Income | $ | |
| Principal | $ | 0.00 |
| Total Distributions: | $ | 0.00 |
| Subtotal | $ | 4__.57 |

**V. Capital Transactions and Adjustments**
**Schedule D:**   Account Change   $   _.57

**VI. Assets on Hand at Close of Accounting Period**
**Schedule E:**   Cash and Other Assets   $   2,469.14



**THE CENTER** FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

**Trust Account:**

## Schedule A: Receipts During Period

### 10/17/2015 - 10/1.../016



| Date | Name | Account | Amount |
|------|------|---------|--------|
| 10/30/2015 | Dept of Veterans Affairs | Periodic Payment 1 | 1,7.. |
| 12/01/2015 | Dept of Veterans Affairs | Periodic Payment 2 | 1,.. |
| 12/31/2015 | Dept of Veterans Affairs | Periodic Payment 3 | 1,.. |
| 02/01/2016 | Dept of Veterans Affairs | Periodic Payment 4 | .. |
| 08/15/2016 | SunTrust | Additional Funding | .. |
| 08/15/2016 | SunTrust | Additional Funding   Refund | 1,7.. |
| | | **TOTAL:** | .,114... |



**THE CENTER** FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

**Trust Account:** ▮

## Schedule B: Disbursements During Period

**10/17/2015 - 10/16/201▮**

| Date | Name | | Amount |
|------|------|------|--------|
| 10/19/2015 | ▮ | Fa... ...nent | |
| 10/20/2015 | The Center for SNT Administration | Tr... | |
| 11/19/2015 | ▮ | Fa... ...nent | -1 63. |
| 12/02/2015 | ▮ | Fa... ...ent | 26. |
| 12/18/2015 | ▮ | Fa... ...ent | -1 ... |
| 01/19/2016 | ▮ | Fa... ...nent | -1... |
| 01/25/2016 | ▮ | ...e ...er | -10,4... |
| 01/25/2016 | The Center for SNT Administration | O... ...Fee | -2... |
| 07/07/2016 | ▮ | Facil... yment | 962 |
| 10/04/2016 | Fiduciary Tax Services LLC | Tax An...sis Fee  TPF | ...0... |
| 10/10/2016 | The Center for SNT Administration | Trustee Fee  T | |
| | | **TOTAL:** | ...245.. |



**Trust Account:** ▮▮▮▮▮▮▮

## Schedule C:  Distributions During Period

**10/17/2015 - 10/16/201**▮

| Date | Name | Account | Amount |
|------|------|---------|--------|
| 10/16/2016 | No Transactions | | |
| | | **TOTAL:** | .00 |



**Trust Account:** ▮▮▮▮▮▮▮▮

## Schedule D:  Capital Transactions and Adjustments During Period
### 10/17/2015 - 10/16/201▮



| | Name | Account | | Am▮ |
|---|---|---|---|---|
| 10/16/2016 | Account Change | Gain / (Loss) | | ▮ |
| | | | **TOTAL:** | ▮ |



**Trust Account:** ███████████

## Schedule E:  Assets on Hand
## at Close of Accounting Peri~~od~~

**As of 10/16/2**

| Date | Name | Account | Amount |
|------|------|---------|--------|
| | | Disbursement Account | |
| | | Investment Account | |
| | | **TOTAL:** | 2,4██.█4 |

Accounting Check List

No Editing Req. ☐
No Activity ☐

Correct/Revised

Heading: _____

If Revised Name Changed To:

Correct/Revised

Summary Page:

| | | | | | |
|---|---|---|---|---|---|
| Last Accounting | Schedule A | Schedule B | Schedule C | Schedule D | Schedule E |

If Revised Description of Edit:

Description of Edit(s)/If Applicable

Schedule A _____

_____

Description of Edit(s)/If Applicable

Schedule B _____

_____

_____

_____

_____

Description of Edit(s)/If Applicable

Schedule C _____

Description of Edit(s)/If Applicable

Schedule D _____

_____

Description of Edit(s)/If Applicable

Schedule E _____

_____

Permanent Notes

No Copy of 2016 RR - AMB Statement and VA Form - Requires Sherry Lilly's signature

# THE FLORIDA POOLED TRUST

**IN RE: Trust Account of:**

██████████████████████████          **Acct No.**    12-3699

## ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**    October 18, 2014

**THROUGH:**    October 16, 2015

    The purpose of this accounting is to acquaint all interested persons with the transactions that have occurred during the period covered by the accounting and the assets that remain on hand.  It consists of a SUMMARY sheet, Schedule A showing all Receipts, Schedule B showing all Disbursements, Schedule C showing all Distributions, Schedule D showing all Capital Transactions and Adjustments (the effect of which are also reflected in other schedules, if appropriate), and Schedule E showing Assets on Hand at Close of the Accounting Period.

    It is important that this accounting be carefully examined.  Requests for additional information and any questions should be addressed to the trustee and/or attorney for the trustee if the trustee is represented by legal counsel, the appropriate names and addresses of whom are set forth below.  As provided by Fla. Stat. 736.1008(4)(c), an action for breach of trust based on matters disclosed in a trust accounting or other written report of the trustee may be subject to a 6-month statute of limitations from the receipt of the trust accounting or other written report. If you have questions, please consult your attorney.

    Under penalties of perjury, I declare as an agent of the Trustee, that I have read and examined this accounting and the facts and figures set forth in the attached Summary and Schedules are true, to the best of my knowledge and belief, and that it is a complete report of all cash and property transactions and of all receipts and distributions made by the trustee of the ██████████████████████████ from October 18, 2014, through October 16, 2015.

Executed this ___29th___ day of ___October___, 20 15

The Center for Special Needs Trust Administration, Inc.
Trustee

By: _____
John L Witeck, Report Coordinator

4912 Creekside Drive
Clearwater, FL 33760

# THE FLORIDA POOLED TRUST

**IN RE: Trust Account of:**

████████████████                                   Acct No.    12-3699

## ACCOUNTING OF TRUSTEE

**FOR THE PERIOD COMMENCING:**   October 18, 2014

**THROUGH:**   October 16, 2015

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **I. Starting Balance** | Assets on Hand at Close of Last Accounting Period | | $ | 15,483.38 |
| **II. Receipts** | | | | |
| Schedule A: | Income | $ 0.00 | | |
| | Principal | $ 21,396.00 | | |
| | Total Receipts: | | $ | 21,396.00 |
| | Subtotal | | $ | 36,879.38 |
| **III. Disbursements** | | | | |
| Schedule B: | Income | $ 0.00 | | |
| | Principal | $ 23,378.65 | | |
| | Total Disbursements: | | $ | 23,378.65 |
| | Subtotal | | $ | 13,500.73 |
| **IV. Distributions** | | | | |
| Schedule C: | Income | $ 0.00 | | |
| | Principal | $ 0.00 | | |
| | Total Distributions: | | $ | 0.00 |
| | Subtotal | | $ | 13,500.73 |
| **V. Capital Transactions and Adjustments** | | | | |
| Schedule D: | Account Change | | $ | 57.3 |
| **VI. Assets on Hand at Close of Accounting Period** | | | | |
| Schedule E: | Cash and Other Assets | | $ | 13,558.36 |





| | Beneficiary Information | | Statement Period | |
|---|---|---|---|---|
| | ████████████ | | 10/17/2015 | 10/16/2016 |
| | **Matter: 12-3699** | | | |

# Trust Ledger

| Date | Received From/Paid To | Explanation | Bank | Doc No | Ck No | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | **Beginning Balance:** | **$13,558.36** |
| 10/19/2015 | ███████████ | Facility Payment<br>Unit 63B; November 2015 | 01 | VCH23677 | 205783 | -1,635.57 | 11,922.79 |
| 10/20/2015 | The Center for SNT Administration | Trustee Fee<br>TRUSTEE FEE - 10/20/15 A | 01 | VCH23704 | TRF10/20/ | -85.67 | 11,837.12 |
| 10/30/2015 | Dept of Veterans Affairs | Periodic Payment | 01 | 12625 | 12625 | 1,788.00 | 13,625.12 |
| 10/30/2015 | Interest: 7/01/15 - 9/30/15 | Interest | 01 | 314426 | 314426 | 16.26 | 13,641.38 |
| 11/19/2015 | █████████ | Facility Payment<br>Unit 63B; December 2015 | 01 | VCH24139 | 208845 | -1,635.57 | 12,005.81 |
| 11/19/2015 | ████████ | Fund Transfer - Capital Decrease - Investment Account | 01 | 606041 | 606041 | -600.00 | 11,405.81 |
| 11/19/2015 | ████████ | Fund Transfer - Capital Increase - Investment Account | 56 | 606041 | 606041 | 600.00 | 12,005.81 |
| 12/01/2015 | Dept of Veterans Affairs | Periodic Payment | 01 | 13208 | 13208 | 1,788.00 | 13,793.81 |
| 12/02/2015 | █████████ | Facility Payment<br>Unit 63B; December 2015 | 01 | VCH24306 | 209954 | -326.79 | 13,467.02 |
| 12/02/2015 | ████████ - fund transfer | Fund Transfer - Capital Increase - Investment Account | 01 | 1317681 | 1317681 | 250.00 | 13,717.02 |
| 12/02/2015 | ████████ - fund transfer | Fund Transfer - Capital Decrease - Investment Account | 56 | 1317681 | 1317681 | -250.00 | 13,467.02 |
| 12/18/2015 | █████████ | Facility Payment<br>Unit 63B; December 2015 | 01 | VCH24562 | 211591 | -1,962.36 | 11,504.66 |
| 12/18/2015 | ████████ - fund transfer | Fund Transfer - Capital Increase - Investment Account | 01 | 1318152 | 1318152 | 200.00 | 11,704.66 |
| 12/18/2015 | ████████ - fund transfer | Fund Transfer - Capital Decrease - Investment Account | 56 | 1318152 | 1318152 | -200.00 | 11,504.66 |
| 12/31/2015 | Dept of Veterans Affairs | Periodic Payment | 01 | 111815 | 111815 | 1,788.00 | 13,292.66 |
| 01/19/2016 | █████████ | Facility Payment<br>Unit 63B; December 2015 | 01 | VCH25037 | 214557 | -1,962.36 | 11,330.30 |
| 01/19/2016 | ████████ - fund transfer | Fund Transfer - Capital Increase - Investment Account | 01 | 1319187 | 1319187 | 2,000.00 | 13,330.30 |
| 01/19/2016 | ████████ - fund transfer | Fund Transfer - Capital Decrease - Investment Account | 56 | 1319187 | 1319187 | -2,000.00 | 11,330.30 |
| 01/25/2016 | The Center for SNT Administration | Overnight Fee | 01 | VCH25099 | REF01/25/ | -20.00 | 11,310.30 |
| 01/25/2016 | ██████ | Care Provider | 01 | VCH25098 | 214957 | -10,400.00 | 910.30 |
| 01/25/2016 | ████████ - fund transfer | Fund Transfer - Capital Increase - Investment Account | 01 | 1319302 | 1319302 | 9,450.00 | 10,360.30 |
| 01/25/2016 | ████████ - fund transfer | Fund Transfer - Capital Decrease - Investment Account | 56 | 1319302 | 1319302 | -9,450.00 | 910.30 |
| 01/29/2016 | Interest: 10/01/15 - 12/31/15 | Interest | 01 | 314431 | 314431 | 14.58 | 924.88 |
| 02/01/2016 | Dept of Veterans Affairs | Periodic Payment | 01 | 112024 | 112024 | 1,788.00 | 2,712.88 |
| 03/31/2016 | ████████ | Fund Transfer - Capital Decrease - Investment Account | 01 | 606050 | 606050 | -1,000.00 | 1,712.88 |
| 03/31/2016 | ████████ | Fund Transfer - Capital Increase - Investment Account | 56 | 606050 | 606050 | 1,000.00 | 2,712.88 |



| | Beneficiary Information | Statement Period | |
|---|---|---|---|
| | Matter:  12-3699 | 10/17/2015 | 10/16/2016 |

# Trust Ledger

| Date | Received From/Paid To | Explanation | Bank | Doc No | Ck No | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/29/2016 | Interest: 1/01/16 - 3/31/16 | Interest | 01 | 314434 | 314434 | 9.49 | 2,722.37 |
| 07/07/2016 | ███████████ | Facility Payment<br>Acct # 0106 6692 | 01 | VCH27650 | 231255 | -1,962.36 | 760.01 |
| 07/07/2016 | ██████ - fund transfer | Fund Transfer - Capital Increase - Investment Account | 01 | 606101 | 606101 | 1,000.00 | 1,760.01 |
| 07/07/2016 | ██████ - fund transfer | Fund Transfer - Capital Decrease - Investment Account | 56 | 606101 | 606101 | -1,000.00 | 760.01 |
| 07/29/2016 | Interest: 4/01/16 - 6/30/16 | Interest | 01 | 314434 | 314434 | 1.24 | 761.25 |
| 08/15/2016 | SunTrust | Additional Funding | 01 | 15045 | 15045 | 174.36 | 935.61 |
| 08/15/2016 | SunTrust | Additional Funding | 01 | 15046 | 15046 | 1,788.00 | 2,723.61 |
| 10/04/2016 | Fiduciary Tax Services LLC | Tax Analysis Fee<br>2015 TAX FEE - 10/3/16 T | 01 | VCH29042 | WIRE10/04 | -200.00 | 2,523.61 |
| 10/10/2016 | The Center for SNT Administration | Trustee Fee<br>TRUSTEE FEE - 10/10/16 B | 01 | VCH29137 | TRF10/10/ | -54.47 | 2,469.14 |

**Trust Total:**     **2,469.14**

---

## Trust Balance by Bank

| Bank No_ | Bank Name | Balance |
|---|---|---|
| BANK01 | American Momentum Bank | 2,469.14 |
| BANK56 | ███████████ | 0.00 |
| | | 2,469.14 |

Boston Asset Management
## PERFORMANCE REPORT
Discounted Cash Flow Method Gross of Fees



### *Private Investments*
*From 10-15-15 to 10-15-16*

| | |
|---|---:|
| Portfolio Value on 10-15-15 | 11,300.00 |
| Contributions | 1,600.00 |
| Withdrawals | -12,941.57 |
| Realized Gains | 0.00 |
| Unrealized Gains | 0.00 |
| Interest | 1.57 |
| Dividends | 0.00 |
| Portfolio Value on 10-15-16 | .00 |
| **Total Gain before Fees** | 41.57 |
| **IRR for 1.00 Years** | **0.90%** |



Date 8/4/2016

Pay to the order of The Center for Special Needs Trust FBO Bettye Finnerty $ 174.36

One Hundred Seventy Four Dollars and 36/100 Dollars

**SunTrust**    ACH RT

Memo Re payment for ck sent by Trust

---

AUG 1 5 2016

Ref. to

Trust Account

To whom it may concern,                                   August 12, 2016

In ref. to Accounting, I am                                   We had stopped the Trust from paying            auto pay to            for her rent, at the beginning of this year. Out of the blue, the Trust paid            rent payment to            It was an error on the Centers accounting. I called and spoke to Lafayette, this past week. He said for me to send the amount the Trust paid (rent for $1,962.36) back and it will be deposited back into            Account.  If you have any questions please speak to Lafayette at the Center. Thank you for your assistance in correcting this mistake.

Please send me a copy of the amount that is in            account after these checks have been  deposited and cleared in her Trust account..

Thank you, if you have any further questions please feel free to call me.

Best Regards,

Enclosed 2 checks  Sun Trust

CC:

# American Momentum
## Distribution Account

<span style="color:red">**Account Statement**</span>

The Center for Special Needs Trust Administration, Inc.
4912 Creekside Drive
Clearwater, FL 33760

Account Number: AM123699

October 17, 2015 to October 16, 2~

**Account Holder:**

| Date | Description | Check/ Receipt | Transaction Amount | Balance |
|------|-------------|----------------|--------------------|---------|
| | | | Beginning Balance | ,258.36 |
| 10/19/2015 | ███████ | 205783 | -1,6~ | 622.79 |
| 10/20/2015 | The Center for SNT Administration | 1001 | ~ | 537.12 |
| 10/30/2015 | Dept of Veterans Affairs | 12625 | 1,7~ | 25.12 |
| 10/30/2015 | Interest | 314426 | 16~ | 2,041.38 |
| 11/19/2015 | ███████ | 208845 | -1,6~ | 705.81 |
| 11/19/2015 | Investment Account | 606041 | -6~ | 105.81 |
| 12/01/2015 | Dept of Veterans Affairs | 13208 | 1,7~ | 1,893.81 |
| 12/02/2015 | Investment Account | 1317681 | 25~ | ,143.81 |
| 12/02/2015 | ███████ | 209954 | -3~ | 1,817.02 |
| 12/18/2015 | Investment Account | 1318152 | 20~ | 2,017.02 |
| 12/18/2015 | ███████ | 211591 | -1~ | 54.66 |
| 12/31/2015 | Dept of Veterans Affairs | 111815 | ~ | ,842.66 |
| 01/19/2016 | Investment Account | 1319187 | 2,00~ | 3,842.66 |
| 01/19/2016 | ███████ | 214557 | -1,962 | ,880.30 |
| 01/25/2016 | Investment Account | 1319302 | 9,45~ | 330.30 |
| 01/25/2016 | ███████ | 214957 | -10,40~ | 930.30 |
| 01/25/2016 | The Center for SNT Administration | 1002 | -2~ | 910.30 |
| 01/29/2016 | Interest | 314431 | ~ | 324.88 |
| 02/01/2016 | Dept of Veterans Affairs | 112024 | 1,7~ | 12.88 |
| 03/31/2016 | Investment Account | 606050 | -1,000 | 2.88 |
| 04/29/2016 | Interest | 314434 | 9~ | ,22.37 |
| 07/07/2016 | Investment Account | 606101 | 1,0~ | ,722.37 |
| 07/07/2016 | ███████ | 231255 | -1,96~ | 760.01 |
| 07/29/2016 | Interest | 314434 | ~ | 761.25 |
| 08/15/2016 | SunTrust | 15045 | 174.~ | 935.61 |
| 08/15/2016 | SunTrust | 15046 | 1,788.00 | 2,723.61 |
| 10/04/2016 | Fiduciary Tax Services LLC | 1003 | -200.00 | 2,~3.61 |
| 10/10/2016 | The Center for SNT Administration | 1004 | -54.47 | 2,4~ |
| | | | **Ending Balance:** | **$2,469.~** |

OMB APPROVED NO. 2900-0017
RESPONDENT BURDEN: 3 Minutes

**VA** Department of Veterans Affairs

## CERTIFICATE OF BALANCE ON DEPOSIT AND AUTHORIZATION TO DISCLOSE FINANCIAL RECORDS
(Pursuant to Title 38, U.S.C., Chapter 55 and Title 12, U.S.C., Chapter 35)

NOTE: PLEASE READ THE INSTRUCTIONS ON THE REVERSE BEFORE COMPLETING THE FORM.

### I. CERTIFICATE - TO BE COMPLETED BY THE FINANCIAL INSTITUTION ONLY

PRIVACY ACT INFORMATION: VA will not disclose information collected on this form to any source other than what has been authorized by the Privacy Act of 1974 or Title 5 Code of Federal Regulations 1.526 for routine uses (i.e. request from Congressman on behalf of a beneficiary) as identified in the VA system of records, 37VA27, VA Supervised Fiduciary/Beneficiary Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. The information will be used by VA field examiners to determine whether an individual fiduciary is properly using and maintaining an accounting of the VA beneficiary's compensation or pension payments. Failure to furnish the requested information may result in the suspension of payments and/or appointment of a successor fiduciary.

RESPONDENT BURDEN: We need this information to ensure proper administration of the beneficiary's estate. Title 38, United States Code, Chapter 55 allows us to ask for this information. We estimate that you will need an average of 3 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at: www.whitehouse.gov/omb/library/OMBINV.VA.EPA.html#VA. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

(SEAL OR STAMP OF FINANCIAL INSTITUTION)

American Momentum Bank
4830 W. Kennedy Blvd Ste 200
Tampa, FL 33609

| 1. NAME OF FIDUCIARY (First, middle, last) | 2. NAME OF BENEFICIARY (First, middle, last) | 3. VA FILE NUMBER |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | C- 10692561 |

| 4A. NAME OF FINANCIAL INSTITUTION | 4B. ADDRESS OF FINANCIAL INSTITUTION |
|---|---|
| American Momentum Bank | 4830 W. Kennedy Blvd., Suite 200 Tampa FL 33609 |

| 4C. NAME AND TELEPHONE NUMBER OF FINANCIAL INSTITUTION CONTACT PERSON (Include Area Code) | 5. DATA IN ITEM 6 WAS ACCURATE AS OF (Mo., day, yr.) |
|---|---|
| Sherry Lilly (813) 549-4723 | 10/16/2016 |

### 6. ACCOUNT INFORMATION

| TYPE OF ACCOUNT (A) | ACCOUNT NUMBER (State "None" if appropriate) (B) | DEPOSITOR ACCOUNT TITLE (C) | BALANCE (Include interest earned) (D) | INTEREST EARNED/PAID SINCE AMOUNT (E) | INTEREST EARNED/PAID SINCE DATE (F) | CURRENT INTEREST RATE (G) |
|---|---|---|---|---|---|---|
| DDA | 7061714 | The Center for Special Needs Depository Account | 2,469.14 | 41.57 | 10/16/2016 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I CERTIFY THAT the foregoing amount(s) were on deposit to the credit of the above named fiduciary as shown by the record(s) of this financial institution.

| 7A. SIGNATURE OF CERTIFYING FINANCIAL INSTITUTION OFFICIAL | 7B. TITLE OF CERTIFYING OFFICIAL | 7C. DATE SIGNED |
|---|---|---|
| *Sherry Lilly* | AVP-Treasury Officer | 1-12-17 |

### II. AUTHORIZATION - TO BE COMPLETED BY THE FIDUCIARY ONLY

I hereby authorize the financial institution named above to verify the above Certificate information to VA, and/or to provide copies of any of the financial records described above to VA.

8. I UNDERSTAND THAT:

a. This authorization is not required as a condition of doing business with any financial institution.

b. I have the right to obtain a copy of the record kept by the financial institution when financial records are disclosed as a result of this authorization. VA has the right to request a court order to delay my receipt of a copy of the record.

c. VA is seeking disclosure of this information under the authority of Title 38 U.S.C. 5502(b) and will use the information in conducting an audit of estates maintained on behalf of VA beneficiaries.

d. Transfer of records to other agencies of the federal government may only be made in accordance with the provisions of title 12 U.S.C. 3412.

e. I have the right to withhold my consent to this disclosure.

f. I have the right to seek damages, attorneys' fees, and costs for any violation of the right to financial privacy act by either VA or the financial institution.

| 9A. SIGNATURE OF FIDUCIARY | 9B. DATE SIGNED |
|---|---|
| | |

VA FORM 21-4718a
FEB 2009

SUPERSEDES VA FORM 21-4718a, MAR 2006, WHICH WILL NOT BE USED.

*Continued on Reverse*