**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                      Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                  Chapter 11

      Debtor.

_____

Michael Goldberg, Chapter 11 Trustee,          Adversary Pro. No. 8-26-ap-00015-RCT

      Plaintiff,

v.

AMERICAN MOMENTUM BANK,

      Defendant.

_____/

**JOINT MOTION FOR LEAVE TO EXCEED**
**PAGE LIMITS ON MOTION TO DISMISS BRIEFING**

      Plaintiff Michael Goldberg, in his capacity as Chapter 11 Trustee of the bankruptcy estate of The Center for Special Needs Trust Administration, Inc. ("Plaintiff"), and Defendant American Momentum Bank ("American Momentum", and with Plaintiff, the "Parties") jointly move the Court for leave to exceed the Court's page limits as to American Momentum's forthcoming Motion to Dismiss and Incorporated Memorandum of Law (the "Motion") and as to Plaintiff's forthcoming response to the Motion (the "Response"). Local Rule 7001-1(k)(3) provides that absent leave of Court, motions, responses, replies, and supporting memoranda must not exceed 10 pages in length, exclusive of proofs of service, exhibits, and the signature block of counsel. Local Rule 7001-1(k)(3).

1

American Momentum seeks leave to file a Motion of up to 25 pages, exclusive of captions, notices, certificates of service, or signature blocks. The length of the Motion is due to the requisite analysis of Plaintiff's 65-page Complaint, which includes 7 causes of action alleged against American Momentum and over 120 pages of exhibits. Plaintiff is unopposed to American Momentum's requested relief but, as a matter of fairness, also requests leave to file a Response of up to 25 pages, exclusive of captions, notices, certificates of service, or signature blocks. Thus, Plaintiff and American Momentum jointly request this relief.

WHEREFORE, the Parties respectfully request that they be granted leave to file (1) the Motion and (2) a Response to the Motion, each of which is up to 25 pages, exclusive of captions, notices, certificates of service, or signature blocks.

Respectfully submitted on February 17, 2026.

By:   */s/ Megan W. Murray*
Megan W. Murray
Florida Bar Number 0093922
Scott A. Underwood
Florida Bar Number 730041
Adam Gilbert
Florida Bar Number 1011637
**UNDERWOOD MURRAY, P.A.**
100 N Tampa Street, Suite 2325
Tampa, Florida 33602
Tel: (813) 540-8401 │ Fax: (813) 4553-5345
Email: mmurray@underwoodmurray.com
sunderwood@underwoodmurray.com
agilbert@underwoodmurray.com

*Special Counsel to the Chp. 11 Trustee*

By:   */s/ Marcos Rosales*
Marcos Rosales
TX Bar No. 24074979
(Admitted *Pro Hac Vice*)
mrosales@beckredden.com

Eric B. Williams II
TX Bar No. 24131767
(Admitted *Pro Hac Vice*)
ewilliams@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX  77010-2010
Telephone:  (713) 951-3700

Donald R. Kirk
FL Bar No. 105767
dkirk@carltonfields.com
Ryan Yant
FL Bar No. 104849
ryant@carltonfields.com
**CARLTON FIELDS, PA**
4221 W Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4334
Facsimile:  (813) 229-4133

*Counsel for Defendant American*
*Momentum Bank*

### CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, thereby serving all registered users in this case.

/s/ *Marcos Rosales*
Marcos Rosales

3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

      Debtor.
_____

Michael Goldberg, Chapter 11 Trustee,              Adversary Pro. No. 8-26-ap-00015-RCT

      Plaintiff,

v.

AMERICAN MOMENTUM BANK,

      Defendant.
_____/

**ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ON**
**MOTION TO DISMISS BRIEFING**

THIS PROCEEDING came on for consideration without a hearing on the *Joint Motion for*

*Leave to Exceed Page Limits on Motion to Dismiss Briefing* filed by Plaintiff and Defendant (Doc.

___) (the "Motion").

The Court, having considered the Motion, determines that the Motion should be granted. Accordingly, it is

**ORDERED**:

1.　　　　The Motion (Doc. __) is **GRANTED**.

2.　　　　Defendant is granted leave to file a Motion to Dismiss and Incorporated Memorandum of Law that does not exceed 25 pages, exclusive of captions, notices, certificates of service, or signature blocks.

3.　　　　Plaintiff is granted leave to file a response to Defendant's Motion to Dismiss and Incorporated Memorandum of Law that does not exceed 25 pages, exclusive of captions, notices, certificates of service, or signature blocks.

*Donald R. Kirk, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*