**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| _____/ | |
| Michael Goldberg, Chapter 11 Trustee, | Adversary Pro. No. 8:26-ap-00015-RCT |
| Plaintiff, | |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |
| _____/ | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Tal J. Lifshitz, Esq. and Meaghan Goldstein, Esq., of the law firm of Kozyak Tropin & Throckmorton LLP, hereby appear as counsel for Michael Goldberg, on behalf of Javier Perales; Michael Passino on behalf of Allison Passino; and John Griffith on behalf of Jackson Griffith, individually and on behalf of all others similarly situated ("Interested Parties").   Please direct copies of all pleadings and other matters pertaining to this case to:

Tal J. Lifshitz, Esq.
tjl@kttlaw.com
Meaghan Goldstein, Esq.
mgoldstein@kttlaw.com

KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**PLEASE TAKE FURTHER NOTICE** the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, e-mail, telephone, telecopier, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, document, claim, or suit is intended in any manner to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to jury trial in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to compel arbitration and/or seek and obtain stay relief to continue any pending, but stayed, arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Plaintiffs and Putative Class are or may be entitled under, *inter alia*, agreements, in law, or in equity, all of which are expressly reserved.

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON LLP**
*Counsel for the Interested Parties*
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: tjl@kttlaw.com
E-mail: mgoldstein@kttlaw.com


By: */s/ Tal J. Lifshitz, Esq.*
    Tal J. Lifshitz, Esq.
    Florida Bar No. 99519
    Meaghan Goldstein, Esq.
    Florida Bar No. 1024796

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 10, 2026 a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive such notice as reflected in the Notice of Electronic Filing.

By: /s/ Tal J. Lifshitz, Esq.
Tal J. Lifshitz, Esq.