ORDERED.

**Dated:  March 11, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

    Debtor.

Case No. 8-24-bk-00676-RCT

Chapter 11

_____

Michael Goldberg, Chapter 11 Trustee

    Plaintiff,

Adv. No. 8-26-ap-00015-RCT

v.

AMERICAN MOMENTUM BANK,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

THIS MATTER came before the Court, without a hearing, upon the Unopposed Motion to Extend Deadline to File a Response to Defendant's Motion to Dismiss (Doc. 15) (the "Motion") filed by Plaintiff, Michael Goldberg, in his capacity as Chapter 11 Trustee (the "**Trustee**"). The Court, after review of the Motion and the record, noting the agreement of the parties, and being otherwise duly advised in the premises, it is

**ORDERED:**

1.    The Motion (Doc. 15) is **GRANTED.**

2.    Plaintiff shall have through and including April 6, 2026, to file a response to

Defendant's Motion to Dismiss (Doc. 14).

Megan W. Murray is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.