ORDERED.

**Dated: September 26, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Debtor.

Case No. 8-24-bk-00676-RCT
Chapter 11

---

Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.,

Plaintiffs,

Adv. No. 8-26-ap-00015-RCT

v.

AMERICAN MOMENTUM BANK,

Defendant.

_______________________________________/

**ORDER SETTING ADDITIONAL**
**MONTHLY STATUS CONFERENCES**

THIS PROCEEDING is considered on the Court's initiative for entry of an appropriate order. By order entered March 27, 2026 (Doc. 19) (the "Order"), the Court set monthly status conferences, through November 2026, to facilitate the orderly and efficient conduct of this proceeding. The Court, having considered the progress and current status of the case, finds that

additional monthly status conferences should be scheduled. This Order sets such monthly conferences through June 2027. The Court reserves the right to schedule additional conferences as circumstances warrant. Accordingly, it is

**ORDERED:**

1. The Court shall conduct a status conference in this case on **December 18, 2026, at 10:00 a.m.** and at **2:00 p.m.** on the following dates: **January 21, 2027; February 18, 2027; March 18, 2027; April 15, 2027; May 20, 2027;** and **June 17, 2027**.

2. These monthly status conferences will take place in Courtroom 8A of the United States Bankruptcy Court, located at 801 N. Florida Avenue, Tampa, Florida 33602. Although the Court will conduct the monthly status conferences in person, the parties, unless otherwise ordered by the Court, may choose to attend the monthly status conferences remotely using the services of Zoom Video Communications, Inc. ("Zoom"). Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at www.flmb.uscourts.gov/judges/colton.

3. Seven (7) days before each status conference, the parties shall submit a joint status report informing the Court of matters to be addressed or informing the Court that there are no pending matters and requesting the Court cancel that month's conference. In any joint status report, the parties may propose that in-person appearances at the upcoming conference are appropriate and the Court may order the same.

Service of this Order shall be by CM/ECF. Proof of service is not required. Local Rule 9013-3(b).