**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Chapter 11

Debtor.
_______________________________________

Michael Goldberg, Chapter 11 Trustee Adversary Pro. No. 8:26-ap-00015-RCT

Plaintiff,

v.

AMERICAN MOMENTUM BANK,

Defendant.
_____________________________________/

**UNOPPOSED MOTION TO FILE**
**NACHA RULES AND NACHA OPERATING GUIDELINES UNDER SEAL**

Plaintiff, Michael Goldberg, in his capacity as Chapter 11 Trustee of the bankruptcy estate of The Center for Special Needs Trust Administration, Inc., ("**Plaintiff**") hereby files this Motion to File NACHA Rules and NACHA Operating Guidelines Under Seal ("**Motion**"). In furtherance thereof, the Plaintiff states as follows:

**Background and Request for Relief**

The Court has requested that Plaintiff file a copy of the NACHA Rules and NACHA Operating Guidelines (collectively the "**NACHA Materials**") on the docket no later than October 2, 2026, so that the Court may review the NACHA Materials in connection with the Amended Complaint (Doc. 50), Motion to Dismiss Amended Complaint and Incorporated

Memorandum of Law (Doc. 56) (“**Motion to Dismiss**”), Response to Motion to Dismiss (Doc. 66) (“**Response**”), and Reply in Support of Motion to Dismiss (Doc. 72).

The NACHA Materials are commercial publications distributed through subscription-based access that appear to contain proprietary information subject to copyright protections. Additionally, the terms and conditions governing access to the NACHA Materials restrict unauthorized reproduction, publication, and redistribution of the NACHA Materials absent the consent of Nacha. Failure to comply with these restrictions may result in the termination of the Plaintiff’s access to the NACHA Materials.

To comply with the Court’s request, Plaintiff seeks to file the NACHA Materials under seal pursuant to Local Rule 5005-4.

Local Rule 5005-4(c) requires that a party seeking to file a motion under seal “state the factual and legal basis for sealing the paper under 11 U.S.C. § 107.” Bankr. M.D. Fla. L.R. 5005-4(c)(1). Section 107(b) of the Bankruptcy Code permits the Court, upon request of a party in interest or upon its own motion, to “protect an entity with respect to a trade secret or confidential research, development, or commercial information…” 11 U.S.C. § 107(b)(1).

The companion to § 107(b), Fed. R. Bank. 9018(a) similarly provides that “[o]n motion or on its own, the court may, with or without notice, issue any order that justice requires to: (1) protect the estate or any entity regarding a trade secret or other confidential research, development, or commercial information…”

Here, the Court should permit the NACHA Materials to be filed under seal to protect commercial information pursuant to 11 U.S.C. § 107(b)(1). The NACHA Materials appear to contain proprietary information that may be subject to copyright protection, accessible via paid subscription offered by Nacha. Filing the entirety of the NACHA Materials on the public docket

would undermine Nacha's commercial interest in the apparent proprietary and copyrighted materials, along with the subscription based access model.

Therefore, filing the NACHA Materials under seal is appropriate pursuant to 11 U.S.C. § 107(b)(1) and Fed. R. Bankr. P. 9018.

Undersigned counsel has contacted counsel for Defendant American Momentum Bank prior to filing this Motion, who does not oppose the relief requested herein.

WHEREFORE, the Plaintiff respectfully requests that the Court: (1) grant the Motion; (2) enter the proposed order attached hereto as **Exhibit A**; and (3) grant all such further relief as the Court deems to be just and proper.

Dated: September 29, 2026.

Respectfully submitted,

/s/ Adam M. Gilbert
Scott A. Underwood
Florida Bar Number 730041
Megan W. Murray
Florida Bar Number 0093922
Adam M. Gilbert
Florida Bar Number 1011637
UNDERWOOD MURRAY, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email: sunderwood@underwoodmurray.com
mmurray@underwoodmurray.com
agilbert@underwoodmurray.com
*Counsel to the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on September 29, 2026.

/s/ *Adam M. Gilbert*
Adam M. Gilbert